# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2893
LT Case No. 2013-CF-002202-A

_____

JAMEEL MALIK BURROUGHS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Lindsay L. Tygart, Judge.

Jameel Burroughs, Crawfordville, pro se.

No Appearance for Appellee.

November 7, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____